BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050
Todd P. Kenyon (TK 7654)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DORADO TANKERS POOL, INC.

        Plaintiff,

    -against-

PROJECTOR SA

        Defendant.

-------------------------------------------------------X

Civ.

**RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff identifies the following corporate parents: Heidmar Inc.; and publicly traded corporations which own at least 10% of its stock: Morgan Stanley.

Dated: June 5, 2008

                              BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
                              Attorneys for Plaintiff

                        By _____
                              Todd P. Kenyon (TK 7654)
                              Attorneys for Plaintiff
                              46 Trinity Place
                              New York, New York 10006
                              212-297-0050