```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DORADO TANKERS POOL, INC.          :
                                   :          08 Civ. 5194
            Plaintiff,             :
                                   :     ORDER APPOINTING PERSONS
      -against-                    :     TO SERVE RULE B PROCESS
                                   :
PROJECTOR SA                       :
                                   :
            Defendant.             :
------------------------------------------------------X

**NOW**, upon application of Plaintiff for an Order appointing Gotham Process Services, 299 Broadway, New York, New York, or Joseph Cardillo, or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action, to serve the Process of Maritime Attachment and Garnishment, Order for Issuance of Process of Maritime Attachment, Summons, Verified Complaint and Interrogatories herein on garnishees, and it appearing that substantial savings in process and travel fees will result from such appointment, it is hereby:

**ORDERED** that Gotham Process Services, 299 Broadway, New York, New York, or Joseph Cardillo, or any other partner, associate, paralegal or agent of Betancourt, Van Hemmen, Greco & Kenyon LLC who is over 18 years of age and is not a party to this action, be and hereby are appointed to serve the Process of Maritime Attachment and Garnishment, Order for Issuance of Process of Maritime Attachment, Summons, Verified

Complaint and Interrogatories herein on garnishees.

Dated: New York, New York
       June 6 , 2008

SO ORDERED:

_____
U. S. D. J.