BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050
Todd P. Kenyon (TK 7654)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :

DORADO TANKERS POOL, INC.    :
                                                          :                                            08 Civ. 5194
            Plaintiff,                :

    -against-                         :

PROJECTOR SA                    :

            Defendant.           :
-------------------------------------------------------------X

## DECLARATION IN SUPPORT OF ORDER
## FOR RULE B MARITIME ATTACHMENT AND GARNISHMENT

TODD P. KENYON, hereby declares under penalty of perjury as follows:

1.     I am a member of the Bar of this Court and a member of the firm Betancourt, Van Hemmen, Greco & Kenyon LLC, attorneys for Plaintiff herein, and am fully familiar with the facts and circumstances of this case.

2.     This Declaration is made in support of an Order for Issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure. I have made an investigation and believe that defendant Projector SA ("Defendant") has no place of business or office within this

District and cannot be found within this District.

3. This belief is based on the following:

   a. A search of the New York Secretary of State's corporate database shows no entry for Defendant in New York;

   b. AT&T's online telephone database has no listing for Defendant in New York;

   c. A general search of the Internet shows no entry for Defendant leading to a belief that it is present in New York.

WHEREFORE, it is respectfully requested that this Court authorize the issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 5, 2008.

_____
TODD P. KENYON