BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050
Todd P. Kenyon (TK 7654)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
: 
DORADO TANKERS POOL, INC.       :
:                       08   Civ.  5194
Plaintiff,    :
:                       **DECLARATION OF SERVICE**
-against-        :                       **BY FEDERAL EXPRESS**
:
PROJECTOR SA                    :
:
Defendant.     :
:
-------------------------------------------------------X

    Kelleigh Gavan hereby declares and says that she is over the age of eighteen (18) years and is not a party to this action and that on July 24, 2008, she served, by sending via Federal Express, a true copy of the Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment and Garnishment and Order Appointing Person to Serve Rule B Process, and Process of Maritime Attachment and Garnishment on the Defendant at the following address:

        Projector SA
        No. 2 Battery Road
        HEX 22-01 Maybank Tower
        Singapore 049907

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                      */s/ Kelleigh Gavan*
                                                      KELLEIGH GAVAN